UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. Securities and Exchange Commission,<br><br>Plaintiff,<br><br>-against-<br><br>Vale S.A.,<br><br>Defendant. | 22 Civ. 2405 (RJD) (VMS) |

### FEDERAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Vale S.A. is a publicly traded corporation existing under the laws of Brazil with no parent corporation. As of April 30, 2022, no publicly held corporation owned 10% or more of its stock.

Dated: New York, New York
      May 10, 2022

          CLEARY GOTTLIEB STEEN & HAMILTON LLP

_/s/_

Jennifer Kennedy Park
Lev L. Dassin
Jared Gerber
Andrew Weaver
One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999

Matthew Solomon, *pro hac admission forthcoming*
2112 Pennsylvania Ave NW
Washington, D.C. 20037
T: 202-974-1680

Attorneys for Defendant
    Vale S.A.

2