UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>  -against-<br><br>VALE S.A.,<br><br>                Defendant. | 22 Civ. 2405 (LDH) (SJB) |

**ORDER DISMISSING WITH PREJUDICE THE
PLAINTIFF'S SCIENTER-BASED CLAIMS**

WHEREAS, on September 29, 2022, Defendant Vale S.A. moved (ECF No. 31) to dismiss the SEC's Complaint (ECF No. 1);

WHEREAS, on March 28, 2023, the SEC submitted a letter motion for entry of final judgment (ECF No. 49), reflecting the terms of a negotiated settlement;

WHEREAS, in connection with the parties' settlement, the SEC agreed not to oppose Defendant's motion to dismiss the SEC's scienter-based claims, specifically the SEC's first claim for relief under Section 10(b) of the Securities Exchange Act and Rule 10b-5 thereunder, and the second claim for relief, to the extent that it alleges a violation of Section 17(a)(1) of the Securities Act; and

WHEREAS, on __April 7, 2023__, the Court entered a Final Judgment as to the settled claims in the Complaint (ECF No. __51__);

IT IS HEREBY ORDERED that the SEC's first claim for relief under Section 10(b) of the Securities Exchange Act and Rule 10b-5 thereunder, and the second claim for relief, to the

extent that it alleges a violation of Section 17(a)(1) of the Securities Act, are dismissed with prejudice.

Dated: April 7, 2023

s/ LDH
Honorable LaShann DeArcy Hall
United States District Judge